# EXHIBIT B

**USP6596296 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent**

| Claim 1 |
|---|
| A composition comprising at least one **(A) biodegradable polymer fiber** |

**(A)**



**Sources:** http://www.bostonscientific.com/en-US/products/stents--coronary/bioabsorbable-polymer-stent.html

1

USP6596296 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

| Claim 1 |
|---|
| A composition comprising at least one (A) biodegradable polymer fiber |

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1:** SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 μg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 μg on the largest stent (4.00 x 38 mm). | |
| **Delivery System** | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm). |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data          Page 2

**Sources:** FDA P150003 PMA, 2015

2

**USP6596296 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent**

| Claim 1 |
|---|
| A composition comprising at least one **(A) biodegradable polymer fiber** |



**Sources:** Polymer degradation and drug delivery in PLGA-based drug-polymer applications: a review of experiments and theories, PubMed ID: #27098357, 2016

3

## USP6590296 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

| Claim 1 |
|---|
| wherein said fiber is composed of a **(B) first phase** and a **(C) second phase**, |

**IV. WARNINGS AND PRECAUTIONS**

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

**V. DEVICE DESCRIPTION**

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm). | |
| **Delivery System** | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidwire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data        Page 2

**Sources:** FDA P150003 PMA, 2015

4

| Claim 1 | |
|---|---|
| the **first** and **second phases** (D) being immiscible, | |

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm). | |
| **Delivery System** | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data          Page 2

(B)

**DEVICE DESCRIPTION**

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

(C)

**Sources:** FDA P150003 PMA, 2015

5

USP6596296 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

| Claim 1 | |
|---|---|
| the **first** and **second phases** (D) being immiscible, | |

**(D)** An abluminal (outer surface of the stent) coating of a <u>polymer carrier</u> with approximately 1 μg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 μg on the largest stent (4.00 x 38 mm).

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting (SYNERGY) is a device/drug combination for vascular lumen support (primary mode) (everolimus) targeted towards reducing drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in Table V-T1.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00 mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 μg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 μg on the largest stent (4.00 x 38 mm). | |
| Delivery System | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data          Page 2

**Sources:** FDA P150003 PMA, 2015

6

| Claim 1 |
| --- |

and wherein the **second phase** comprises **(E) one or more therapeutic agents**.

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
| --- | --- | --- |
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm). | |
| Delivery System | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data        Page 2

**(E)**

**Sources:** FDA P150003 PMA, 2015

7