
# EXHIBIT D

## USP 7033603 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

**Claim 19**

**A drug delivery composition** comprising a fiber,

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 μg of everolimus per $mm^2$ of total stent surface area with a maximum nominal drug content of 287.2 μg on the largest stent (4.00 x 38 mm). | |
| **Delivery System** | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data          Page 2

**DEVICE DESCRIPTION**

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Sources:** FDA P150003 PMA, 2015

1

| Claim 19 | |
|---|---|
| **A drug delivery composition** comprising a fiber, | |



**Sources:** http://www.bostonscientific.com/en-US/products/stents--coronary/bioabsorbable-polymer-stent.html

USP 7033603 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

| Claim 19 | |
|---|---|
| wherein said fiber comprises an **emulsion consisting essentially of a gel** or hydrogel | |

### IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

### V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

**Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description**

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00 mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm). | |
| **Delivery System** | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data  Page 2

### DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System (SYNERGY) is a device/drug combination product that provides a mechanical structure for vascular lumen support (primary mode of action) and a pharmacological agent (everolimus) targeted towards reducing the injury response. The System consists of a drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in **Table V-T1**.

An embodiment of the invention provides a bi-component fiber where the inner bore of the fiber, i.e., inside diameter of the fiber, comprises a gel or hydrogel and the outer wall of the fiber comprises a biodegradable polymer. As used herein, the term "gel" refers to a colloidal system with at least two phases, one of which forms a continuous three-dimensional network that acts as an elastic solid. As used herein, the term "hydrogel" refers to a colloid in which a dispersed phase (colloid) is combined with a continuous phase (water) to produce a viscous jellylike product.

**Sources:** FDA P150003 PMA, 2015, US7036603, Col. 5, lines 33-42

3

USP 7033603 Boston Scientific Synergy Everolimus-Eluting Pt-Cr Coronary Stent

| Claim 19 | |
|---|---|
| wherein said fiber comprises an **emulsion consisting essentially of a gel** or hydrogel | |

An embodiment of the invention provides a bi-component fiber where the inner bore of the fiber, i.e., inside diameter of the fiber, comprises a gel or hydrogel and the outer wall of the fiber comprises a biodegradable polymer. As used herein, the term "gel" refers to a colloidal system with at least two phases, one of which forms a continuous three-dimensional network that acts as an elastic solid. As used herein, the term "hydrogel" refers to a colloid in which a dispersed phase (colloid) is combined with a continuous phase (water) to produce a viscous jellylike product.

**Sources:** FDA P150003 PMA, 2015, US7036603, Col. 5, lines 33-42

[Callout from Table V-T1, Drug Product row:] An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm).

[Excerpt from PMA P150003: FDA Summary of Safety and Effectiveness Data, Page 2:]

IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System labeling.

V. DEVICE DESCRIPTION

The SYNERGY™ Everolimus-Eluting (SYNERGY) is a device/drug combination for vascular lumen support (primary mode) (everolimus) targeted towards reducing drug/polymer-coated balloon-expandable stent, pre-mounted on a Monorail™ (MR) or Over-The-Wire (OTW) delivery catheter. The stent is made from a platinum chromium alloy (PtCr). The drug/polymer coating consists of a bioabsorbable polymer, poly (D,L-lactide-co-glycolide) (PLGA), and the active pharmaceutical ingredient, everolimus. The characteristics of the SYNERGY stent system are described in Table V-T1.

Table V-T1: SYNERGY™ Everolimus-Eluting Platinum Chromium Coronary Stent System Product Description

| | SYNERGY Monorail Stent Delivery System | SYNERGY Over-the-Wire Stent Delivery System |
|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 16, 20, 24, 28, 32, 38 | |
| Available Stent Diameters (mm) | 2.25, 2.50, 2.75, 3.00, 3.50, 4.00 | |
| Stent Material | Platinum Chromium Alloy (PtCr) | |
| Stent Strut Thickness | 0.074 mm for diameters 2.25 mm to 2.75 mm<br>0.079 mm for diameters 3.00 mm to 3.50 mm<br>0.081 mm for diameter of 4.00 mm | |
| Drug Product | An abluminal (outer surface of the stent) coating of a polymer carrier with approximately 1 µg of everolimus per mm² of total stent surface area with a maximum nominal drug content of 287.2 µg on the largest stent (4.00 x 38 mm). | |
| Delivery System | | |
| Effective Length | 144 cm | |
| Delivery System Y-Adapter Ports | Single access port to inflation lumen. Guidewire exit port is located approximately 25 cm from tip. Designed for guidewire ≤0.014 inches (0.36 mm) | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen). Designed for guidewire ≤0.014 inches (0.36 mm) |
| Stent Delivery | A balloon, with two radiopaque balloon markers, nominally placed 0.4 mm (0.016 inches) beyond the stent at each end. | |
| Balloon Inflation Pressure | Nominal Inflation Pressure:<br>• Diameters 2.25 mm, 2.50 mm, 2.75 mm, 3.00 mm, 3.50 mm, 4.00 mm: 11 atm (1117 kPa)<br>Rated Burst Inflation Pressure:<br>• Diameters 2.25 mm – 2.75 mm: 18 atm (1827 kPa)<br>• Diameters 3.00 mm – 4.00 mm: 16 atm (1620 kPa) | |

PMA P150003: FDA Summary of Safety and Effectiveness Data    Page 2

4