IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOARD OF REGENTS, THE )
UNIVERSITY OF TEXAS SYSTEM; )
AND TISSUEGEN, INC., )
 )
               *Plaintiffs*, )    C.A. No. 1:18-cv-00392 (MN)
 )
      v. )
 )
BOSTON SCIENTIFIC )
CORPORATION )
 )
               *Defendant*. )

**PLAINTIFFS' UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT**

Pursuant to ¶ 2 of the Scheduling Order (Dkt. 47), Plaintiffs move unopposed to file Plaintiffs' First Amended Complaint for Patent Infringement ("Amended Complaint"), attached hereto as Exhibit A. A redline comparing the Amended Complaint to Plaintiffs' Original Complaint for Patent Infringement is attached hereto as Exhibit B.

DATED: September 15, 2021

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
**Stamoulis & Weinblatt LLC**
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael W. Shore
Alfonso Garcia Chan
Samuel E. Joyner
Chijioke E. Offor
Corey M. Lipschutz
Shore Chan LLP
901 Main Street, Suite 3300
Dallas, TX 75202
(214) 593-9110
mshore@shorechan.com
achan@shorechan.com
sjoyner@shorechan.com
coffor@shorechan.com
clipschutz@shorechan.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED, this _____ day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, the foregoing was served on all counsel of record via electronic transmission (CM/ECF).

/s/ Stamatios Stamoulis
Stamatios Stamoulis