IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM AND TISSUEGEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Defendant. | C.A. No. 18-cv-392-MN |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF BOARD OF REGENTS UNDER RULES 12(b)(1) AND 12(b)(6)

Defendant Boston Scientific Corporation ("Defendant") hereby moves to dismiss Plaintiff Board of Regents, The University of Texas System under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth more fully in Defendant's opening brief being filed contemporaneously herewith.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: October 15, 2021 | Respectfully submitted, <br><br> FARNAN LLP <br><br> /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Tel. (302) 777-0300 <br> Fax (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> Melissa A. Anyetei (admitted *pro hac vice*) |

James R. Ferguson (admitted *pro hac vice*)
Michael J. Word (admitted *pro hac vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 706-8503

Elliot Choi (admitted *pro hac vice*)
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Defendant Boston Scientific Corporation*