IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM and TISSUEGEN, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> *Defendant*. | C.A. No. 1:18-cv-00392 (MN) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT REGARDING DEFINITENESS

Plaintiffs Board of Regents, The University of Texas System and TissueGen, Inc. ("Plaintiffs") hereby moves for summary judgment finding the asserted claims of the Asserted Patent definite under 35 U.S.C. § 112 ¶ 2. The grounds for this Motion are set forth more fully in Plaintiffs' Opening Brief being filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully requests that the Court grant this Motion and such further relief as the Court deems just and proper.

Date: June 14, 2022

Respectfully submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael W. Shore
Alfonso Garcia Chan
Chijioke E. Offor
William D. Ellerman
Ari Rafilson
Corey M. Lipschutz
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, TX 75202
(214) 593-9110
mshore@shorechan.com
achan@shorechan.com
coffor@shorechan.com
wellerman@shorechan.com
arafilson@shorechan.com
clipschutz@shorechan.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, the foregoing was served via electronic mail upon all counsel of record for the parties.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis