IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM and TISSUEGEN, INC., <br><br>    *Plaintiffs*, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br>    *Defendant*. | C.A. No. 1:18-cv-00392 (MN) |

**PLAINTIFFS' MOTION TO STRIKE TESTIMONY AND FOR A LIMITING INSTRUCTION REGARDING BOSTON SCIENTIFIC'S ARGUMENTS ON THE METHOD OF MANUFACTURING A FIBER**

Plaintiffs Board of Regents, The University of Texas System and TissueGen, Inc. ("Plaintiffs") hereby move the Court to strike Dr. Mooney's testimony on the issue of whether the SYNERGY™ stents include a "fiber" as claimed in the '296 patent and for an instruction that Dr. Mooney's testimony on the issue be disregarded by the jury in their deliberations. The grounds for this Motion are set forth more fully in Plaintiffs' Brief being filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully requests that the Court grant this Motion and such further relief as the Court deems just and proper.

| | |
|---|---|
| Respectfully Submitted,<br><br>/s/ Stamatios Stamoulis<br>Stamatios Stamoulis (#4606)<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Tel: (302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Attorneys for Plaintiffs* | OF COUNSEL:<br><br>Michael W. Shore<br>Chijioke E. Offor<br>THE SHORE FIRM<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Tel: (214) 593-9110<br>mshore@shorefirm.com<br>coffor@shorefirm.com<br>*Attorneys for Plaintiffs*<br><br>Brian D. Melton<br>John P. Lahad<br>Corey M. Lipschutz<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Tel: (713) 651-9366<br>bmelton@susmangodfrey.com<br>jlahad@susmangodfrey.com<br>clipschutz@susmangodfrey.com<br><br>*Attorneys for Plaintiff*<br>*TissueGen, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2023, the foregoing was served via electronic mail upon all counsel of record for the parties.

/s/ Stamatios Stamoulis
Stamatios Stamoulis