IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, and TISSUEGEN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 18-392-GBW |

**[PROPOSED] JUDGMENT FOLLOWING JURY VERDICT**

This 15th day of February 2023, the Court having held a bifurcated jury trial consisting of two phases that began on January 25, 2023, and the jury having rendered unanimous verdicts for each trial phase on January 31, 2023 (*see* D.I. 332 (Phase 1); D.I. 334 (Phase 2)), pursuant to Fed. R. Civ. P. 58(b), IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of the Board of Regents, the University of Texas System and TissueGen, Inc. ("Plaintiffs") and against Boston Scientific Corporation ("Defendant") with respect to direct infringement and induced infringement of claims 1, 11, 17, and 26 of U.S. Pat. No. 6,596,296 (the "'296 patent");

2. Judgment is entered in favor of Plaintiffs and against Defendant with respect to willful infringement of the '296 patent;

3. Judgment is entered in favor of Plaintiffs and against Defendant with respect to the validity of claims 1, 11, 17, and 26 of the '296 patent; and

4. Judgment is entered in favor of Plaintiffs and against Defendant for damages in the amount of $42,000,000.00 (forty-two million dollars) for direct and indirect infringement of the '296 patent.

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

Hon. Gregory B. Williams
United States District Judge