Case 1:18-cv-00392-GBW Document 371 Filed 06/27/24 Page 1 of 2 PageID #: 19456

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, and TISSUEGEN, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 18-392-GBW |

**[PROPOSED] AMENDED JUDGMENT**

This 28th day of June 2024, the Court having held a bifurcated trial consisting of two phases that began on January 25, 2023, the jury having rendered unanimous verdicts for each trial phase on January 31, 2023 (*see* D.I. 332 (Phase 1); D.I. 334 (Phase 2)), and the Court having entered a Memorandum Opinion (D.I. 368) and Order (D.I. 369) resolving the parties' post-trial motion on June 5, 2024, pursuant to Fed. R. Civ. P. 58(b), IT IS HEARBY ORDERED that:

1. Judgment is entered in favor of the Board of Regents, the University of Texas System, and TissueGen, Inc. ("Plaintiffs") and against Boston Scientific Corporation ("Defendant") with respect to direct infringement and induced infringement of claims 1, 11, 17, and 26 of U.S. Patent No. 6,596,296 (the "'296 patent");

2. Judgment is entered in favor of the Defendant and against the Plaintiff with respect to no willful infringement of the '296 patent and no enhanced damages;

3. Judgment is entered in favor of Plaintiffs and against Defendant with respect to the validity of claims 1, 11, 17, and 26 of the '296 patent;

4. Judgment is entered in favor of Plaintiffs and against Defendant for damages in the amount of $42,000,000.00 (forty-two million dollars) for direct and indirect infringement of the '296 patent, with pre-judgment interest in the amount of $7,436,328, and post-judgment interest to accrue, beginning February 15, 2023, at 4.87% computed daily and compounded annually.

IT IS FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

The Honorable Gregory B. Williams
United States District Judge