IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, and TISSUEGEN, INC.,

Plaintiffs,

v.

BOSTON SCIENTIFIC CORPORATION,

Defendant.

Case No. 18-392-GBW

**NOTICE OF APPEAL**

Defendant Boston Scientific Corporation hereby appeals to the U.S. Court of Appeals for the Federal Circuit from the judgment in this case (D.I. 342), including as amended on June 28, 2024 (D.I. 372), and from all orders, opinions, decisions, and rulings prior to the entry of judgment.

Dated: July 3, 2024

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel. (302) 777-0300
Fax (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Michael P. Kahn (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park,
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
mkahn@akingump.com

Rachel J. Elsby (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street, N.W.
Washington D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
relsby@akingump.com

Timothy E. Grimsrud (admitted *pro hac vice*)
Chad M. Drown (admitted *pro hac vice*)
Katherine S. Razavi (admitted *pro hac vice*)
Lauren J.F. Barta (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000
tim.grimsrud@faegredrinker.com

chad.drown@faegredrinker.com
kate.razavi@faegredrinker.com
lauren.barta@faegredrinker.com

Christopher J. Burrell (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
(202) 230-5000
chris.burrell@faegredrinker.com

David J.F. Gross (admitted *pro hac vice*)
Faegre Drinker Biddle & Reath LLP
1950 University Avenue Suite 450
East Palo Alto, California 94303
(650) 324-6700
david.gross@faegredrinker.com

*Attorneys for Defendant Boston Scientific Corporation*