IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM and TISSUEGEN, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>*Defendant*. | ) | C.A. No. 1:18-cv-00392-GBW |

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Board of Regents, The University of Texas System ("UTBOR") and TissueGen, Inc. ("TissueGen") hereby appeal to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment (D.I. 372), entered in this action. Plaintiffs further appeal any and all Orders, rulings, findings, and/or conclusions of the Court adverse to Plaintiffs that comprise the judgment, in whole or part. Such rulings include, without limitation:

(1) the Court's Order (D.I. 369) entered on June 5, 2024 granting Defendant's Motion for Judgment as a Matter of Law of No Willful Infringement (D.I. 345) and denying Plaintiffs' Motion for Enhanced Damages (D.I. 349); and

(2) the Court's Memorandum Opinion (D.I. 368) entered on June 5, 2024 regarding the same.

The Federal Circuit has exclusive jurisdiction over this appeal because it is a civil action arising under one or more Acts of Congress relating to patents. 28 U.S.C. § 1295(a)(1); *see also* 28 U.S.C. § 1292(c)(2).

Respectfully Submitted,

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Michael W. Shore
THE SHORE FIRM
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
mshore@shorefirm.com
*Attorneys for Plaintiffs*

Brian D. Melton
John P. Lahad
Corey M. Lipschutz
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366
bmelton@susmangodfrey.com
jlahad@susmangodfrey.com
clipschutz@susmangodfrey.com

*Attorneys for Plaintiff*
*TissueGen, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that July 3, 2024, the foregoing was served via electronic mail upon counsel of record for the parties.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis